IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | | |
|---|---|---|
| Betty Grant, Brittany Grant, Richard Grant and Kizzie Grant, as Parent and Legal Guardian for minor, J.G., | ) ) ) ) | C/A #: 3:13-cv-03491-MGL-SVH |
| Plaintiffs, | ) ) | |
| v. | ) ) | **ORDER APPROVING MINOR SETTLEMENT** |
| City of Sumter, | ) ) ) | |
| Defendant. | ) ) | |

This matter comes before the Court upon the petition of Kizzie Grant, as the parent and guardian for J.G., a minor under the age of eighteen (18) years of age, for approval of a settlement arising out of an incident that occurred on or about December 16, 2011, more fully described in the Summons & Complaint on file at the United States District Court for the District of South Carolina bearing civil action number 3:13-cv-03491-MGL-SVH, in which the Petitioner alleges that the minor sustained damages as a result an illegal entry and search of the residence in which he resided when the Sumter City Police Department entered the wrong premises pursuant to a search warrant and detained the occupants, including this Plaintiff. The Plaintiff alleged a violation of his Fourth Amendment rights and various state law causes of action including false imprisonment, battery, assault and trespass, resulting from this entry, detention and search. The minor alleged emotional damages and was upset as a result of this event. There were no physical injuries.

The Court has been advised that Defendant City of Sumter is represented by David L. Morrison, Esquire. The Petitioner is represented by J. Christopher Mills, Esquire. It appears that

all necessary parties have been joined to this action and the Court does have jurisdiction to rule on this matter.

The Court now has been advised by the parties that The Petitioner has negotiated with the Defendants for the purpose of settling any and all claims, including claims for attorney's fees, of every nature arising out of the aforementioned events, and after careful consideration, has agreed to accept the following sums in full settlement of this action: Two Thousand-Five Hundred Dollars ($2,500.00) payable to Kizzie Grant as parent and guardian of the minor J. G., payable from the Defendant or its insurer.  The Petitioner acknowledges receipt of these funds.  These amounts shall be referred to hereinafter as "the settlement funds".

In accordance with Local Civ. Rule 17.02(C), Counsel for the Petitioner met with the Plaintiffs in this action and did extensive research of the law and the legal claims to be raised. Counsel obtained and reviewed the documents generated as a result of the incident which gives rise to this action.  Counsel then filed this action with this Court on behalf of the Petitioner and her co-plaintiffs.    After numerous depositions and discovery had been exchanged, the Parties began negotiations toward a settlement.  Counsel believe this settlement for the Petitioner to be fair and reasonable.

Pursuant to his contract for representation, Counsel for the Petitioner shall each receive the sum of Five Hundred ($500.00) Dollars (for a total of One Thousand ($1,000.00 Dollars) for attorney's fees from the Petitioner.  Petitioner does not have any medical expenses relating to this action.

Thus, in accordance with S.C. CODE ANN. § 62-5-433, and it further appearing that the offers of settlement are fair, just, and equitable offers and should be approved by this Court, it is,

ORDERED, ADJUDGED, AND DECREED that Kizzie Grant, as parent and guardian for the minor, J. G., is hereby authorized and directed to accept the offer of compromise

settlement, and upon payment of the settlement funds to Kizzie Grant, as parent and guardian for the minor, J. G., Kizzie Grant is directed to execute and deliver the Release to the Defendants, forever discharging City of Sumter, its insurance provider, their agents, servants, employees, former employees and their heirs, successors and assigns, and all other persons, firms, governmental entities, and corporations of and from all claims, known or unknown, foreseen and unforeseen damages, mental anguish, pain and suffering, violation of rights and any other damages of any kind including attorney's fees and costs,  incurred or suffered by the minor, J. G., and any and all other claims which Kizzie Grant, as parent, guardian and Petitioner for J. G., now and hereafter has as a result the damages arising out of this incident.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Kizzie Grant, as parent, guardian and Petitioner for J. G., shall abide by all applicable laws regarding the distribution of these assets and proceeds of these settlements.

**AND IT IS SO ORDERED.**

_____
Honorable Shiva V. Hodges

Columbia, South Carolina

August 6____, 2015

**WE CONSENT:**

By: _____

J. Christopher Mills, Esquire
2118 Lincoln Street
Post Office Box 8475
Columbia, South Carolina 29202
T:  (803) 748-9533
F:  (803) 748-8833
E-mail:  chris@chrismillslaw.com

**ATTORNEY FOR THE PLAINTIFFS**

By: _____

Kizzie Grant, as Parent and Legal Guardian
for minor, J.G.

WE CONSENT:

By: _____
David L. Morrison
7453 Irmo Drive, Suite B
Columbia, South Carolina 29212
Phone: (803) 661-6285
Fax:    (803) 661-6289
E-mail: david@dmorrison-law.com

**ATTORNEY FOR THE DEFENDANTS**